# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| INSA | E2266903 | DEHAAN | 2856 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 03/18/2025 0845 HRS
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 1.218(a)(12)?(b)(29)

Place of Offense: 5000 S. 5TH AVENUE HINES IL 60141 PARKING LOT C-

Offense Description: Factual Basis for Charge — HAZMAT ☐
PARKED IN SPACES MARKED AS RESERVED

### DEFENDANT INFORMATION

Last Name: BENNETT
First Name: SHARON
MI: D

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| R548536 | IL | 15 | HYUNDAI TUS | | BLUE |

**A ☐ APPEARANCE IS REQUIRED** — If Box A is checked, you must appear in court. See instructions.

**B ☒ APPEARANCE IS OPTIONAL** — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 15 Forfeiture Amount
+ $30 Processing Fee
$ 45 Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov

YOUR COURT DATE
Court Address: N/A
Date: N/A
Time: N/A

X Defendant Signature: UNABLE TO SIGN

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 03/18, 2025 while exercising my duties as a law enforcement officer in the NORTHERN District of ILLINOIS

WHILE CONDUCTING PARKING ENF. IN THE 'C' LOT - PATIENT/VISITOR PARKING ONLY, OBSERVED A KNOWN EMPLOYEES VEHICLE WHICH WAS CITED A WEEK PRIOR. VEHICLE WAS CITED AGAIN FOR PARKING IN RESERVED SPACES

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/18/2025
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/02/2025 16:27